[Civ. No. 3824. Second Appellate District, Division Two.—April 15, 1922.]

## LOS ANGELES SHIPBUILDING & DRYDOCK COMPANY (a Corporation), Petitioner, v. INDUSTRIAL ACCIDENT COMMISSION et al., Respondents.

[1] EMPLOYER AND EMPLOYEE — EMPLOYMENT UNDER NONMARITIME CONTRACT—STATUTORY LIABILITY FOR INJURY.—Award affirmed on authority of *Los Angeles Shipbuilding & Drydock Co.* v. *Industrial Acc. Com., ante,* p. 352.

PROCEEDING in Certiorari to review an award of the Industrial Accident Commission. Affirmed.

The facts are similar to those stated in the opinion in *Los Angeles Shipbuilding & Drydock Co.* v. *Industrial Acc. Com., ante,* p. 352.

Louis M. Lissner for Petitioner.

A. E. Graupner and Warren H. Pillsbury for Respondents.

FINLAYSON, P. J.—This is a proceeding in *certiorari* to review the award of the Industrial Accident Commission in favor of one J. M. Bush. [1] The facts are similar to those stated in the opinion in *Los Angeles Shipbuilding & Drydock Co.* v. *Industrial Acc. Com., ante,* p. 352 [207 Pac. 417]. The opinion in that case disposes of the fundamental questions involved here, and the award of the commission is, therefore, affirmed.

Works, J., and Craig, J., concurred.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on June 12, 1922.

All the Justices concurred.